SC14-13516

**DISTRICT COURT, COUNTY OF OKLAHOMA, STATE OF OKLAHOMA**

EXHIBIT 1

Diane S. Driskill
Plaintiff

6029 Lyttle Dr
Address

405-766-4719
Phone

Muse & assoc. - allstate ins.
Defendant

Small Claims No. **SC-2014-13516**

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JUL 16 2014

TIM RHODES
COURT CLERK

## AFFIDAVIT

STATE OF OKLAHOMA }
                   } SS
COUNTY OF OKLAHOMA }

Diane S. Driskill, being duly sworn, deposes and says: 32

That the defendant resides at 6901 N.W. 23rd St Bethany Ok 73008 in the above named county, and that the mailing address of the defendant is 6901 N.W. 23rd St Bethany, Ok. 73008

That the defendant is indebted to the plaintiff in the sum of $1,205.00 for Misrepresentation of Flood Insurance Policy for one year.

That the plaintiff has demanded payment of the said sum, but the defendant refused to pay the same and no part of the amount sued for has been paid.

OR

That the defendant is wrongfully in possession of certain personal property described as _____

That the value of said personal property is $_____, that the plaintiff is entitled to possession thereof and has demanded that the defendant relinquish possession of said personal property, but that defendant wholly refuses to do so.

THE PLAINTIFF ACKNOWLEDGES HE/SHE IS DISCLAIMING A RIGHT TO A TRIAL BY JURY ON THE MERITS OF THE CASE.

x Diane A. Driskill

Subscribed and sworn to before me this 16th day of July, 2014.

TIM RHODES, Court Clerk

My Commission Expires: _____

By: _____
Deputy or Judge — Notary Public

## ORDER

The people of the State of Oklahoma, to the within-named defendant:
You are hereby directed to appear and answer the foregoing claim and have with you all books, papers and witnesses needed by you to establish your defense to said claim.
This matter shall be heard at the Oklahoma County Court House, 321 Park Avenue, in Oklahoma City, Oklahoma County, State of Oklahoma, at the hour of 9:00 o'clock of the 8 day of August, 2014. And you are further notified that in case you do not so appear, judgment will be given against you as follows: for the amount of said claim as it is stated in said affidavit, or for possession of the personal property described in said affidavit. And, in addition, for costs of the action (including attorney fees where provided by law), including costs of service of the order.

WHITE – COURT CLERK'S OFFICE
YELLOW – SERVICE COPY
PINK – RETURN OF SERVICE COPY
GOLD – PLAINTIFF'S COPY

McElwee

Dated this 16th day of July, 2014
TIM RHODES, Court Clerk

By: _____
Deputy or Judge — Notary Public

EXHIBIT 1

EXHIBIT 1

# RETURN OF SERVICE BY SHERIFF

## PERSONAL SERVICE

I Certify that I received the foregoing affidavit and order on the _____ day of _____, 20___, and that I delivered a copy of said affidavit and order to each of the following named defendants personally in _____ County at the address and on the date set forth opposite each name, to wit:

| Name of Defendant | Address | Date of Service |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## USUAL PLACE OF RESIDENCE

I certify I received the foregoing affidavit and order on the _____ day of _____ 20___ and that on _____, I served _____ by leaving a copy of said affidavit and order at _____ which is his usual place of residence, with _____, a resident therein over fifteen (15) years of age.

I certify that on _____, I served _____ by leaving a copy of said affidavit and order at _____ which is his usual place of residence, with _____, a resident therein over fifteen (15) years of age.

## CORPORATION RETURN

Received this affidavit and order this _____ day of _____ 20___ and as commanded therein, I summoned the within named defendant, as follows, to wit:

a corporation, on the _____ day of _____, 20___ by delivering a true and correct copy of the within affidavit and order hereof with endorsements thereon to _____ he being the _____ of said corporation, and the _____ President, Vice-President, Secretary, Treasurer, or other chief officer not being found in said county.

## NOT FOUND

Received this affidavit and order this _____ day of _____ 20___ I certify that the following persons or the defendant within was not found in said county:

## FEES

Fee for service $_____, Mileage $_____, Total $_____
Dated this _____ day of _____ 20___.

JOHN WHETSEL, Sheriff

By: _____ Deputy
Oklahoma County, Oklahoma

## CERTIFICATE OF SERVICE BY MAIL

I Certify that I mailed copies of the foregoing affidavit and order to the following named defendants at the address shown, by certified mail, addressee only, return receipt requested, on the _____ day of _____, 20___, and receipt thereof on the dates shown:

| Address Where Served | Address Where Served | Date Receipted |
|---|---|---|
|  |  |  |
|  |  |  |

TIM RHODES, COURT CLERK

By: _____
Deputy