

**Allstate**
You're in good hands.

PO BOX 2964
SHAWNEE MISSION, KS 66201-1364
800-527-2634

EXHIBIT 2

| Policy Number |
|---|
| 4804714231 |

## FLOOD DWELLING FORM STANDARD POLICY DECLARATION - NEW BUSINESS

| Named Insured and Mailing Address: | Policy Period: 10/20/2013 12:01am to 10/20/2014 12:01am |
|---|---|
| DIANE DRISKILL<br>2608 TALL OAKS TRAIL<br>EDMOND, OK 73025-2332 | Policy Term: ONE YEAR |
| | Agent No: 047386<br>MUSE & ASSOCIATES<br>6901 NW 23RD ST<br>BETHANY, OK 73008 |
| Payor: INSURED | Agent Phone: 405-787-1000 |

**Property Location:**
2608 TALL OAKS TRAIL
EDMOND, OK 73025-2332

### RATING DESCRIPTION

| Property/Building | Contents Location |
|---|---|
| **Insured's Principal Residence:** N<br>SINGLE FAMILY<br>ONE FLOOR<br>NON-ELEVATED WITHOUT BASEMENT<br>INCLUDE ADDITION AND EXTENSION<br>Building constructed or substantially improved on or after 10/10/2008 | LOWEST FLOOR ONLY ABOVE GROUND LEVEL<br>Subject to, III. Property Covered,<br>Paragraph B. |

### LOCATION INFORMATION

Community Name: **EDMOND, CITY OF**  No: **4002520035H**  Status: **REGULAR**  CRS Class: **7**
FIRM Zone: **AE**  Current Flood Zone: **AE**  Elevation Difference:   Grandfathered: **N**

### COVERAGE AND RATING INFORMATION

| Coverage Type | Coverage Limit | Deductible | Rate | Deductible Discount | Premium |
|---|---|---|---|---|---|
| Building | $ 25,200 | $ 1,000 | 05.00/03.00 | $ 0.00 | $ 1,260.00 |
| Contents | $ 600 | $ 1,000 | 06.00/04.00 | $ 0.00 | $ 36.00 |
| | | | ICC PREMIUM | | $ 5.00 |
| | | | ANNUAL SUBTOTAL | | $ 1,301.00 |
| | | | CRS DISCOUNT(15%) | | $ -195.00 |
| | | | RESERVE FUND ASSESSMENT | | $ 55.00 |
| | | | FEDERAL POLICY FEE | | $ 44.00 |
| | | | TOTAL PREMIUM | | $ 1,205.00 |

**THIS IS NOT A BILL**

Attachments:

**FD0002 (05-03)**

Issue Date: **10/31/2013**

**Homeoffice Copy**



21598.1387

FD 00 10 (06-98)
«docid»



PO BOX 2964
SHAWNEE MISSION, KS 66201-1364
800-527-2634

EXHIBIT 2

| Policy Number |
|---|
| 4804714231 |

## FLOOD DWELLING FORM STANDARD POLICY ENDORSEMENT DECLARATION

| Named Insured and Mailing Address: | Policy Period: 10/20/2013 12:01am to 10/20/2014 12:01am |
|---|---|
| DIANE DRISKILL<br>PO BOX 1033<br>BETHANY, OK 73008 | Policy Term: ONE YEAR<br>EFFECTIVE DATE OF CHANGE: 10/20/2013 |
| | Agent No: 047386<br>MUSE & ASSOCIATES<br>6901 NW 23RD ST<br>BETHANY, OK 73008 |
| Payor: INSURED | Agent Phone: 405-787-1000 |

**Property Location:**
2608 TALL OAKS TRAIL
EDMOND, OK 73025-2332

### RATING DESCRIPTION

| Property/Building | Contents Location |
|---|---|

**Insured's Principal Residence:** N
SINGLE FAMILY
ONE FLOOR
NON-ELEVATED WITHOUT BASEMENT
INCLUDE ADDITION AND EXTENSION
Building constructed or substantially improved on or after 10/10/2008

LOWEST FLOOR ONLY ABOVE GROUND LEVEL
Subject to, III. Property Covered,
Paragraph B.

### LOCATION INFORMATION

Community Name: **EDMOND, CITY OF**  No: **4002520035H**  Status: **REGULAR**  CRS Class: **7**
FIRM Zone: **AE**  Current Flood Zone: **AE**  Elevation Difference: **-7**  Grandfathered: **N**

### COVERAGE AND RATING INFORMATION

| Coverage Type | Coverage Limit | Deductible | Rate | Deductible Discount | Premium |
|---|---|---|---|---|---|
| Building | $ 6,600 | $ 1,000 | 14.08/02.24 | $ 0.00 | $ 929.00 |
| Contents | $ 1,200 | $ 1,000 | 11.80/00.90 | $ 0.00 | $ 142.00 |
| | | | ICC PREMIUM | | $ 34.00 |
| | | | ANNUAL SUBTOTAL | | $ 1,105.00 |
| | | | RESERVE FUND ASSESSMENT | | $ 55.00 |
| | | | FEDERAL POLICY FEE | | $ 44.00 |
| | | | TOTAL PREMIUM | | $ 1,204.00 |
| | | | ENDORSEMENT PREMIUM | | $ -1.00 |

**THIS IS NOT A BILL**

Policy Changes:

**RATE CHANGE DUE TO ELEVATION APPLIED**
**INSURED MAIL ADDRESS CORRECTED**

Issue Date: **02/24/2014**

**Homeoffice Copy**

24883.2361