

# OSCN — THE OKLAHOMA STATE COURTS NETWORK
www.oscn.net

| Home | Courts | Court Dockets | Legal Research | Calendar | Help |

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY, OKLAHOMA

| | |
|---|---|
| Diane S. Driskill,<br>    Plaintiff,<br>v.<br>Muse & Associates-allstate Insurance,<br>    Defendant. | No. SC-2014-13516<br>(Small Claims:<br>INDEBTEDNESS <$1500.)<br>Filed: 07/16/2014<br>Judge: Chief Special Judge |

## Parties

Driskill, Diane S. , Plaintiff
Muse & Associates-allstate Insurance , Defendant

## Attorneys

| Attorney | Represented Parties |
|---|---|

## Events

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Friday, August 8, 2014 at 9:00 AM<br>HEARING(HEA) | | Smalls Claims Judge | |

## Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**

        **Party Name:**

Issue: INDEBTEDNESS <$1500. (INDEBT1)
Filed by: Driskill, Diane S.
Filed Date: 07/16/2014
**Disposition Information:**

Pending.

## Docket

| Date | Code | Count | Party | Serial # | Entry Date | | |
|---|---|---|---|---|---|---|---|
| 07-16-2014 | TEXT<br>SMALL CLAIMS INITIAL FILING. | 1 | | 79052838 | Jul 16 2014 9:38:40:770AM | – | $ 0.00 |



EXHIBIT 5

| Date | Code | Count | Party | Serial # | Entry Date | | |
|---|---|---|---|---|---|---|---|
| 07-16-2014 | INDEBT1 <br> INDEBTEDNESS <$1500. | - | | 79052840 | Jul 16 2014 9:38:40:800AM | Realized | $ 0.00 |
| 07-16-2014 | AFDC1 <br> AFFIDAVIT($ 45.00) | - | | 79052841 | Jul 16 2014 9:38:40:820AM | Realized | $ 45.00 |
| 07-16-2014 | DMFE <br> DISPUTE MEDIATION FEE($ 2.00) | - | | 79052842 | Jul 16 2014 9:38:40:820AM | Realized | $ 2.00 |
| 07-16-2014 | PFE7 <br> LAW LIBRARY FEE($ 6.00) | - | | 79052843 | Jul 16 2014 9:38:40:820AM | Realized | $ 6.00 |
| 07-16-2014 | AFD <br> AFFIDAVIT/$1205.00 <br> *Document Available (#1026551934)* | - | | 79068468 | Jul 17 2014 9:24:48:343AM | - | $ 0.00 |
| 07-16-2014 | TEXT <br> OCIS HAS AUTOMATICALLY ASSIGNED JUDGE CHIEF SPECIAL JUDGE TO THIS CASE. | - | | 79052839 | Jul 16 2014 9:38:40:790AM | - | $ 0.00 |
| 07-16-2014 | ACCOUNT <br> RECEIPT # 2014-3403977 ON 07/16/2014. <br> PAYOR:DRISKILL, DIANE S. TOTAL AMOUNT PAID: $53.00. <br> LINE ITEMS: <br> SC-2014-13516: $45.00 ON AC01 CLERK FEES. <br> SC-2014-13516: $6.00 ON AC23 LAW LIBRARY FEE. <br> SC-2014-13516: $2.00 ON AC64 DISPUTE MEDIATION FEES. | - | | 79052931 | Jul 16 2014 9:40:56:630AM | - | $ 0.00 |

Report Generated by The Oklahoma Court Information System at August 7, 2014 15:24 PM

End of Transmission.